FILED

JAN 29 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

FEDERAL INSURANCE COMPANY,

        Plaintiff,

v.                                                                     Civil Action No.: 2:18-CV-52

ALDERSON BROADDUS UNIVERSITY, INC.,
a West Virginia Corporation;
COLLINS MURPHY, as an employee of Alderson Broaddus
and as an individual;
KRISTINE BURNSIDE;
CAYLA RHODES;
ERICA BROOKS;
and EMILY SARVER,

        Defendants.

## DISMISSAL ORDER

Plaintiff, Federal Insurance Company, by counsel, and Defendants, by counsel, jointly request that this Court **DISMISS** this action **WITH PREJUDICE**.

**WHEREFORE**, for the reasons stated herein, the Court hereby **DISMISSES** this action, including all claims asserted or that could have been asserted by any of the parties herein, **WITH PREJUDICE**. Each party is responsible for their own attorney fees and costs associated with this action. It is further **ORDERED** that this action be **DISMISSED** in its entirety and removed from the Court's docket.

DATED: _1/29/19_

                                       _Tom S Kleeh_
                                      The Honorable Thomas Kleeh
                                      United States District Court Judge

Prepared by:

*/s/ Ftemkos J. Yianne*
Ftemkos J. Yianne (WV State Bar # 8623)
LEWIS BRISBOIS BISGAARD & SMITH LLP
222 Capitol Street, Fifth Floor
Charleston, West Virginia 25301
304.553.0161 (T) / 304.932.0265 (F)
Tim.Yianne@lewisbrisbois.com
*Counsel for Federal Insurance Company*


Agreed to by:

*/s/ Tiffany R. Durst (w/permission)*
Tiffany R. Durst, Esq. (SBID #7441)
Pullin Fowler Flanagan Brown and Poe
2414 Cranberry Square
Morgantown, WV  26508
304.255.2200 – T / 304.255.2214 – F
*Counsel for Alderson Broaddus University, Inc.*


*/s/ Tammy Bowles Raines (w/permission)*
Tammy Bowles Raines, Esq. (SBID #9708)
27 Capitol Street, Suite 201
Charleston, WV 25301
tbraineslaw@gmail.com
304.395.5925 – T / 888.695.7453 – F
*Counsel for Cayla Rhodes, Kristine Burnside,
Erica Brooks, and Emily Sarver*

and

Stephen P. New, Esq. (SBID #7756)
Amanda J. Taylor, Esq. (SBID #11635)
The Law Office of Stephen P. New
P.O. Box 5516
Beckley, WV  25801
steve@newlawoffice.com;
mandy@newlawoffice.com
304.250.6017 – T / 304.250.6012 – F
*Co-counsel for Cayla Rhodes, Kristine Burnside,
Erica Brooks, and Emily Sarver*

2

<u>/s/ Collins Murphy (w/permission)</u>
Collins Murphy
12008 Rocking Horse Rd.
Rockville, MD 20852
301.910.2462 – T
*Pro se*